FILED
CLERK, U.S. DISTRICT COURT

MAY 19 2009

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON FREDERICK MILLER, | Case No. CV 08-3017-R (JTL) |
| Petitioner, | **J U D G M E N T** |
| v. | |
| DERRAL G. ADAMS, Warden, | |
| Respondent. | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: May 19, 2009

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE